It is so ordered.

s/James G. Carr
Sr. United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ARcare, Inc., an Arkansas Corporation, on behalf of itself and all others similarly situated **)** | Civil Action No. 3:17-cv-891 |
| **)** | |
| Plaintiff, **)** | PLAINTIFF'S NOTICE OF SETTLEMENT |
| v. **)** | |
| **)** | JUDGE JAMES G. CARR |
| Centor US Holdings, Inc; and Centor, Inc. **)** | JUDGE JAMES R. KNEPP, II |
| Defendant. **)** | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff ARcare, Inc., by and through counsel, hereby dismisses this action with

prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own attorney's fees and

costs.

DATED: December 20, 2017

Respectfully submitted,

*/s/ Michael J. Boyle, Jr.*
David P. Meyer (Ohio Bar No. 0065205)
Email: dmeyer@meyerwilson.com
Matthew R. Wilson (Ohio Bar No. 0072925)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio Bar No. 0091162)
Email: mboyle@meyerwilson.com
MEYER WILSON CO., LPA
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Randall K. Pulliam, Esq., ABN 98105
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th Street
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ Michael J. Boyle, Jr.
MICHAEL J. BOYLE, JR.